PER CURIAM.
Affirmed. See and compare Mobil Oil Corp. v. Shevin, 354 So.2d 372 (Fla.1977); R.D.J. Enterprises, Inc. v. Mega Bank, 600 So.2d 1229 (Fla. 3d DCA 1992), rev. denied, 609 So.2d 40 (Fla.1992); Bieley v. Bieley, 398 So.2d 932 (Fla. 3d DCA 1981) rev. denied, 411 So.2d 380 (Fla.1981); Pentland v. Pentland, 113 So.2d 872 (Fla. 2d DCA 1959), cert. denied, 119 So.2d 295 (Fla.1960); § 737.403(1), Fla.Stat. (1976).